**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE APELACIONES**
**PANEL ESPECIAL**

| | | |
|---|---|---|
| NANCY RIVERA ORTIZ,<br><br>Recurrida,<br><br>v.<br><br>EDWIN COÍMBRE CARTAGENA,<br><br>Peticionaria. | KLCE202301182 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Coamo,<br><br>Civil núm.: PO2020CV00264.<br><br>Sobre: liquidación de comunidad de bienes. |

Panel integrado por su presidenta la jueza Ortiz Flores, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de noviembre de 2023.

El 26 de octubre de 2023, la parte peticionaria, señor Edwin Coímbre Cartagena, presentó este recurso discrecional de *certiorari* con el fin de que revisáramos la *Resolución* dictada por el foro primario el 7 de septiembre de 2023, notificada el 13 de septiembre[1].

En su resolución, el Tribunal de Primera Instancia, Sala Superior de Coamo, dispuso para el pago por parte del peticionario de las rentas por concepto del uso exclusivo del bien inmueble perteneciente a la extinta sociedad legal de bienes gananciales. El tribunal concluyó que, a partir de que la recurrida requiriera extrajudicialmente del peticionario el pago de las rentas, este estaba obligado a su pago.

Inconforme, el peticionario instó este recurso, al cual se opuso la parte recurrida el 10 de noviembre de 2023.

Evaluados los sendos escritos de las partes comparecientes a la luz del derecho aplicable, este Tribunal deniega la expedición del auto de *certiorari*[2].

---

[1] *Véase*, apéndice del recurso, a las págs. 2-3.

[2] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.

Número identificador

RES2023_____

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones